COM.

v.

**JUBILEE, D.**

**219 EDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–51–CR–0014300–2011
(Philadelphia)
Affirmed

COM.

v.

**BURTON, J.**

**1055 EDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–46–CR–0000116–2013 (Montgomery)
Remanded Jurisdiction Retained

COM.

v.

**ALVARADO, R.**

**1949 MDA 2015**

Superior Court of Pennsylvania.

04/07/2017

CP–21–CR–0002058–2013 (Cumberland)
Affirmed

COM.

v.

**BROOKIN, K., II**

**588 MDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–22–CR–0005005–2015 (Dauphin)
Affirmed

COM.

v.

**LYTLE, N.**

**1143 MDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–38–CR–0000852–2013 (Lebanon)
Affirmed

COM.

v.

**VELEZ–DIAZ, L., Jr.**

**1472 MDA 2016**

Superior Court of Pennsylvania.

04/07/2017

CP–36–CR–0002856–2014
(Lancaster)
Affirmed